No. CR 07 00597 JF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA
### *vs.*
### JOHN MICHAEL NAGY

## INDICTMENT

**COUNT ONE:**            Title 18, U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

*A true bill.*

_____
Foreperson

Filed in open court this 19 day of September

A.D. 2007

_____
United States Magistrate Judge

Bail. $ No bail arrest warrant PM

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED

2007 SEP 19 P 4:06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 07 00597 |
| --- | --- | --- |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct |
| v. | ) | |
| JOHN MICHAEL NAGY, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about January 13, 2005, in the Northern District of California, the defendant,

JOHN MICHAEL NAGY,

did knowingly and intentionally possess certain matter, to wit, images, which visual depictions had been mailed and transported in interstate and foreign commerce by any means, including by computer, and the producing of which visual depictions (1) involved the use of one or more minors engaging in sexually explicit conduct, and (2) were of such conduct, in violation of Title

//
//
//

INDICTMENT

1  | 18, United States Code, Section 2252(a)(4)(B).
2  | DATED: 9/19/07                                A TRUE BILL.
3  |
4  |                                               *Ramona L. Will*
5  |                                               FOREPERSON
6  | SCOTT N. SCHOOLS
   | United States Attorney
7  |
8  | *[signature]*
9  | DAVID R. CALLAWAY
   | Deputy Chief, San Jose Branch Office
10 |
11 | (Approved as to form: *[signature]* )
   |                       AUSA FAZIOLI
12 |
...
28 |

INDICTMENT                           2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 19 P 4: 06
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. S.J.

### OFFENSE CHARGED

Title 18, U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

### DEFENDANT - U.S.

JOHN MICHAEL NAGY

**DISTRICT COURT NUMBER**

CR 07 00597 JF

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

DHS-ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JOSEPH FAZIOLI

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: