BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NAGY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00597 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| JOHN MICHAEL NAGY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

The parties hereby stipulate that the status hearing currently set for Thursday, July 22, 2010 at 9:00 a.m. may be continued to Thursday, August 5, 2010 at 9:00 a.m.  The parties anticipate entering into a written plea agreement at that time, having completed the necessary review of digital discovery and initiated the approval process for the proposed plea agreement.

The parties further stipulate that 14 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for continuity and effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 15, 2010

                                      s/_____
                                      CYNTHIA C. LIE
                                      Assistant Federal Public Defender

Dated: July 15, 2010

                                      s/_____
                                      JOSEPH FAZIOLI
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Thursday, July 22, 2010 shall be continued to Thursday, August 5, 2010 at 9:00 a.m.

The Court further finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial, in that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that 14 days should be excluded from the time within which trial shall commence under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is so ordered.

Dated: July 21, 2010

                                      _____
                                      JEREMY FOGEL
                                      United States District Judge